UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROSHAUN REID,<br><br>　　　　Petitioner,<br><br>　v.<br><br>FELIPE MARTINEZ, Jr. , Warden,<br><br>　　　　Respondent. | Case No. 5:20-cv-01420-DSF-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Report and Recommendation of United States Magistrate Judge, and Petitioner's initial and supplemental objections to the Report. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed for lack of jurisdiction.

　　　DATED: September 7, 2021

　　　　　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE