JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROSHAUN REID,<br><br>  Petitioner,<br><br>   v.<br><br>FELIPE MARTINEZ, Jr., Warden,<br><br>  Respondent. | Case No. 5:20-cv-01420-DSF-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 7, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE